## ORDER

PER CURIAM.

AND NOW, this 16th day of February, 2016, the order of the Commonwealth Court is **AFFIRMED**.

Justice EAKIN did not participate in the consideration or decision of this case.

Sehu–Kessa–Saa TABANSI, a/k/a Alfonso Percy Pew # BT–7263 Mental Health Inmate Stability Code C in propria personam/pro se, Appellant

v.

Warden: John KERESTES, Governor: Tom Corbett, Attorney General: Kathleen Kane, Secretary of Corrections: John E. Wetzel, Executive Deputy Secretary: Shirley Moore–Smeal, Regional Deputy Secretary: Klopotowsky, Reverend Joanne Turma, Priest Chutta Deputy Superintendent: Vuksta, Deputy Superintendent: Beggs Correctional Classifications Program Manager: MacKnight, Major Michael Damcre, Captain Lencovich, Lieutenant Butts, Lieutenant Wagner, Co, Batchert, Librarian Hesse, Unit Manager: Tobias, Counselor: Hoanungs, Unknown Kitchen Stewart: Jane Doe, Dietician Margaret Gerdon, Dietician Marcia Noles, Hearing Examiner Luquis, Program Review Committee: Ms. DeSanti, Ms. Griffin, Mr. Keller, Chief Grievance Coordinator Sogia: Ms. Dorina Varner, Chief Hearing Examiner: Ms. Robin Lewis, Commonwealth of Pennsylvania Officials, Business Office Dorzinsky, Correctional Industries Ralph Eckly, Records Supervisor David Morgan, Appellees.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

Alfonso Percy Pew, Camp Hill, pro se.

Theron Richard Perez, Jeffrey M. Paladina, Pennsylvania Department of Corrections, Mechanicsburg, for Co. Batchert, Deputy Superintendent Beggs, Lieutenant Butts, Priest Chutta, Commonwealth of Pennsylvania Officials, Tom Corbett, Major Michael Damcre, Ms. DeSanti, Jane Doe, Business Office Dorzinsky, Ralph Eckly, Margaret Gerdon, Ms. Griffin, Librarian Hesse, Counselor Hoanungs, Kathleen Kane, Mr. Keller, John Kerestes, Regional Deputy Secretary Klopotowsky, Captain Lencovich, Robin Lewis, Hearing Examiner Luquis, Correctional Classifications Program Manager Macknight, David Morgan, Marcia Noles, Shirley Moore–Smeal, Chief Grievance Coordinator Sogia, Unit Manager Tobias, Joanne Turma, Unknown Kitchen Stewart, Dorina Varner, Deputy Superintendent Vuksta, Lieutenant Wagner, John E. Wetzel.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this case.

**Routha ROUSSAW, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Feb. 16, 2016.

Routha Roussaw, Dallas, pro se.

Timothy Paul Keating, Howard Greeley Hopkirk, Kenneth Lawson Joel, Pennsylvania Office of Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this case.

**ESTATE of Susan C. McANDREW.**

**Appeal of Joseph C. McAndrew, Jr.**

Superior Court of Pennsylvania.

Argued Oct. 28, 2015.
Filed Jan. 5, 2016.

